Cynthia L. Rice (SBN 87630)
Verónica Meléndez (SBN 294106)
Cecilia Guevara Zamora (SBN 307159)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, #201
Sacramento, CA 95816
Tel: (916) 446 7905
Fax: (916) 446 3057
cricecrlaf@comcast.net
vmelendez@crlaf.org
cguevarazamora@crlaf.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA TRUJILLO;<br><br>  Plaintiff,<br><br>  v.<br><br>TONY AVIS HAY SERVICE, TONY AVIS, an individual, MARIA AVIS, an individual, JOE AVIS, an individual, JOE AVIS FARMS LLC, and DOES 1-10,<br><br>  Defendants. | Case No.: 2:21-cv-01446-MCE-KJN<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Based on the Parties Joint Stipulation to Modify the Pretrial Scheduling Order and for good cause shown:

1. The Non-Expert Discovery Cutoff is continued from September 17, 2022, to April 17, 2023.
2. Initial Expert Disclosures deadline is continued from November 16, 2022, to June 16, 2023.
3. Rebuttal Expert Disclosures deadline is continued from December 16, 2022, to July 17, 2023.
4. Expert Discovery Cutoff is set for August 16, 2023.
5. The deadline for file Dispositive Motions is continued from March 16, 2023, to February 12, 2024.
6. The deadline for the Parties to file a Joint Motion of Trial Readiness is 30 days after receiving the Court's ruling on the last dispositive motion(s) filed. If no dispositive motion(s) filed, 30 days after the expert discovery cutoff deadline, September 15, 2023.

**IT IS SO ORDERED.**

Dated: August 23, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE