Cynthia L. Rice (SBN 87630)
Verónica Meléndez (SBN 294106)
Cecilia Guevara Zamora (SBN 307159)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, #201
Sacramento, CA 95816
Tel: (916) 446 7905
Fax: (916) 446 3057
cricecrlaf@comcast.net
vmelendez@crlaf.org
cguevarazamora@crlaf.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA TRUJILLO;<br><br>      Plaintiff,<br><br>  v.<br><br>TONY AVIS HAY SERVICE, TONY AVIS, an individual, MARIA AVIS, an individual, JOE AVIS, an individual, JOE AVIS FARMS LLC, and DOES 1-10,<br><br>      Defendants. | Case No.: 2:21-cv-01446-MCE-KJN<br><br>**ORDER GRANTING THE PARTIES' REQUEST FOR A SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |

*Case No. 2:21-CV-01446-MCE-KJN*

The Parties' Joint Motion Requesting a Settlement Conference with a Magistrate Judge, ECF No. 15, is GRANTED.  Accordingly, this matter is referred to the assigned Magistrate Judge for Settlement Conference.  Not later than fourteen (14) days from the date of this Order, the Parties are directed to contact the assigned Magistrate Judge's courtroom deputy for the scheduling of that conference.  The Parties are further ordered to file a joint status report not later than seven (7) days after the conclusion of the Settlement Conference.

**IT IS SO ORDERED.**

Dated:  August 24, 2022

_____

MORRISON C. ENGLAND, JR.

SENIOR UNITED STATES DISTRICT JUDGE

*Case No. 2:21-CV-01446-MCE-KJN*