UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA TRUJILLO;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY AVIS HAY SERVICE, TONY AVIS, an individual, MARIA AVIS, an individual, JOE AVIS, an individual, JOE AVIS FARMS LLC, and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01446-MCE-KJN<br><br>**ORDER GRANTING THE PLAINTIFF'S EX PARTE APPLICATION TO TAKE THE JANUARY 6, 2023 SETTLEMENT CONFERENCE OFF CALENDAR** |

After considering the *ex parte* application of Plaintiff Jaime Garcia Trujillo for an order taking the January 6, 2023 Settlement Conference off calendar, IT IS HEREBY ORDERED that the January 6, 2023 settlement conference is taken off calendar. The Court believes it would not be a good use of judicial resources to conduct a settlement conference when one or more parties are not prepared to do so.

The Parties are ordered to meet and confer regarding a date to hold the settlement conference and notify the Court with 14 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: January 3, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Case No. 2:21-CV-01446-MCE-KJN