UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA TRUJILLO;<br><br>  Plaintiff,<br>  v.<br><br>TONY AVIS HAY SERVICE, et. al.,<br><br>  Defendants. | Case No.: 2:21-cv-01446-MCE-KJN<br><br>ORDER |

On April 4, 2023, the court heard arguments regarding plaintiff's motion for sanctions against defendant Joe Avis Farms, LLC. (ECF No. 41.) Plaintiff seeks attorneys' fees and enforcement of a prior order compelling responses to certain discovery requests. Defendants filed an opposition and plaintiff replied. (ECF Nos. 45, 48.)

The court also held an informal discovery conference at the April 4th hearing. The parties submitted a joint informal discovery dispute letter in advance of the hearing. (ECF No. 49.) Veronica Melendez and Cecilia Langberg appeared for plaintiff; Saveel Khan appeared for defendants Joe Avis, Joe Avis Farms, LLC, and Maria Avis during the hearing on plaintiff's motion for sanctions and during the informal discovery conference.

After considering the written briefing, oral arguments, and the applicable law, the court grants plaintiff's motion for sanctions in part. Plaintiff is awarded the full amount of attorneys' fees sought and

defendant is ordered to produce electronic data reflecting payroll data within forty-five days.  Further, as discussed during the informal discovery conference, defendant is ordered to produce five unredacted invoices reflecting a representative sample for each year between 2017-2022, inclusive.

## **ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiff's request for sanctions (ECF No. 41) is GRANTED IN PART.
   a. Defendant Joe Avis Farms, LLC is ordered to pay plaintiff $3,375 in attorneys' fees incurred for bringing the renewed motion for sanctions. This sanction shall be paid to plaintiff within twenty-one days of this order, and after it is paid, defendant shall file a statement with the court indicating as much;
   b. Defendants are ordered to produce, within forty-five days, electronic data reflecting payroll data in response to plaintiff's RPD No. 5;
2. Defendants are ordered to produce five unredacted invoices reflecting a representative sample for each year 2017- 2022, inclusive, within thirty days, as requested during the informal discovery conference; (ECF No. 49;)
3. By Friday, April 7, 2023, the parties shall jointly advise the court whether they are prepared to move forward with the settlement conference currently scheduled for April 13, 2023; and
4. Any request for extension of pretrial deadlines shall be submitted to the District Judge England.

Dated:  April 6, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

RS/SD,truj.1446