1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAIME GARCIA TRUJILLO,                    No. 2:21-cv-1446-MCE-KJN

12               Plaintiff,                    SUPPLEMENTAL ORDER

13        v.

14   TONY AVIS HAY SERVICE, et al.,

15               Defendants.

16

17        On April 4, 2023, the court heard arguments regarding plaintiff's motion for sanctions

18   against defendant Joe Avis Farms, LLC.  (ECF No. 41.)  After the hearing, the court issued its

19   order for defendant to, among other things, "produce, within forty-five days, electronic data

20   reflecting payroll data in response to plaintiff's RPD No. 5."  (ECF No. 43.)  Thereafter, counsel

21   for plaintiff contacted chambers to ask whether the order also requires Joe Avis Farms "to

22   produce electronic wage statements in response to RFP, No. 6, within 45 days," as was discussed

23   at the hearing.  The court's understanding is that these electronic wage statements are part and

24   parcel with the electronic payroll data, and so the previous order would cover both sets of data.

25   However, to the extent ambiguity exists, Joe Avis Farms is ordered to produce electronic wage

26   statements alongside the electronic payroll data, as requested in Request for Production No. 6.

27   Dated:  April 12, 2023
     truj.1446
28

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

1