Verónica Meléndez (SBN 294106)
Cecilia Guevara Langberg (SBN 307159)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Facsimile: (916) 446-3057
vmelendez@crlaf.org
cguevarazamora@crlaf.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>TONY AVIS HAY SERVICE, TONY AVIS, AN INDIVIDUAL, MARIA AVIS, AN INDIVIDUAL, JOE AVIS, AN INDIVIDUAL, JOE AVIS FARMS LLC, AND DOES 1-10,<br><br>Defendants. | Case No. 2:21-CV-01446-MCE-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION** |

After considering Plaintiff's Motion for Substitution, the Declaration of Veronica Melendez in Support of Motion and Exhibits attached thereto, and the argument of counsel, IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 25, Tony Avis as the trustee of Maria Avis' trust is hereby SUBSTITUTED in place of Defendant Maria Avis in this action.

IT IS SO ORDERED.

Dated:  September 19, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE