Verónica Meléndez (SBN 294106)
Cecilia Guevara Langberg (SBN 307159)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, #201
Sacramento, CA 95816
Tel: (916) 446 7905
Fax: (916) 446 3057
vmelendez@crlaf.org
cguevarazamora@crlaf.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME GARCIA TRUJILLO;<br><br>        Plaintiff,<br><br>    v.<br><br>TONY AVIS HAY SERVICE, TONY AVIS, an individual, MARIA AVIS, an individual, JOE AVIS, an individual, JOE AVIS FARMS LLC, and DOES 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-01446-MCE-KJN<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

1

*Case No. 2:21-CV-01446-MCE-KJN*

Based on the Parties Joint Stipulation to Modify the Pretrial Scheduling Order and for good cause shown:

1. The Non-Expert Discovery Cutoff is continued from October 17, 2023 to March 18, 2024.
2. Initial Expert Disclosures deadline is continued from December 16, 2023 to May 20, 2024.
3. Rebuttal Expert Disclosures deadline is continued from January 17, 2024 to June 20, 2024.
4. Expert Discovery Cutoff is set for July 22, 2024.
5. The deadline for file Dispositive Motions is continued from August 12, 2024 to January 16, 2025.
6. The deadline for the Parties to file a Joint Motion of Trial Readiness is 30 days after receiving the Court's ruling on the last dispositive motion(s) filed. If no dispositive motion(s) filed, 30 days after the expert discovery cutoff deadline, July 22, 2024.

IT IS SO ORDERED.

DATED: SEPTEMBER 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

*Case No. 2:21-CV-01446-MCE-KJN*

2