UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA TRUJILLO;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY AVIS HAY SERVICE, TONY AVIS, an individual, MARIA AVIS, an individual, JOE AVIS, an individual, JOE AVIS FARMS LLC, and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01446-MCE-KJN<br><br>**ORDER GRANTING APPROVAL OF PAGA SETTLEMENT** |

After considering Plaintiff's and Joe Avis and Joe Avis Farms LLC Joint Notice of Motion and Motion For Approval of PAGA Settlement, the Declaration of Veronica Melendez in Support of Motion and Exhibits attached there to, and the argument of counsel, and for good cause shown, IT IS HEREBY ORDERED that:

1. The amount of $61,000 is allocated as settlement of PAGA claims alleged in Plaintiff's August 21, 2021 Complaint. Dkt. 1.
   a. No less than $57,000 is allocated to the PAGA Penalty Amount, with $42,750 allocated to the Labor Workforce and Development Agency and $14,250 allocated to Aggrieved Employees.
   b. The Court appoints Simpluris as the Administrator of this Settlement and directs the Administrator to perform all tasks related to the administration and distribution of this Settlement.
   c. No more than $4,000 is allocated to the Administration Expenses to pay the Administrator its reasonable fees and expenses to distribute the PAGA Penalty Amount.
   d. The Administrator will disburse the $14,250 to the Aggrieved Employees without requiring them to submit any claims as a condition of payment.
2. The amount of $59,000 is allocated as payment to Plaintiff's Counsel. This amount encompasses $46,000 for Plaintiff's Counsel Fees Payment and $13,000 for Plaintiff's Counsel Litigation Expenses Payment.

IT IS SO ORDERED.

Dated:  August 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

*Case No.* 2:21-CV-01446-MCE-KJN