UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA TRUJILLO;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TONY AVIS HAY SERVICE, TONY AVIS, an individual, MARIA AVIS, an individual, JOE AVIS, an individual, JOE AVIS FARMS LLC, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01446-MCE-KJN<br><br>**ORDER** |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that Defendant Tony Avis on behalf of the Estate of Defendant Maria Avis is hereby dismissed with prejudice from this Action as to all claims and causes of action. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 23, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE